**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. José R. Almonte, U.S.M.J. |
| v. | : | Mag. No. 26-16210 (JRA) |
| PATRICIA ARISLEYDI PEREZ | : | **ORDER FOR CONTINUANCE** |
| | : | |

1. This matter came before the Court on the application of ROBERT FRAZER, United States Attorney for the District of New Jersey (Francesca Liquori, Assistant U.S. Attorney, appearing), and defendant Patricia Arisleydi Perez (Ernesto Cerimele, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through December 21, 2026.

2. This Court has not previously granted a § 3161(h)(7)(A) continuance in this case.

3. Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that she has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

a. The parties desire additional time to negotiate a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary.

b. Despite the exercise of diligence, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation.

c. The defendant has consented to a continuance.

d. Thus, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from the date this Order is signed through December 21, 2026; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

Hon. José R. Almonte
United States Magistrate Judge

Dated: October 21, 2026

Form and entry consented to:

Francesca Liquori
Assistant U.S. Attorney

Ernesto Cerimele
Counsel for Patricia Arisleydi Perez